BESSIE R. BLACKBURN, Appellant, *v.* DAVIS BAKER, Respondent.

(Argued February 18, 1931; decided March 24, 1931.)

*Walter A. Fullerton* for appellant.

*Lloyd Paul Stryker* and *Harold Shapero* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: POUND and HUBBS, JJ.